# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

**U.S.A. vs. Joseph Allen Brown**                               **Docket No. 4:04-CR-21-1FL**

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Joseph Allen Brown, who, upon an earlier plea of guilty to Possession of Firearms by a Convicted Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on March 23, 2005, to the custody of the Bureau of Prisons for a term of 136 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Allen Brown was released from custody on September 15, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been fully compliant with the conditions of release imposed by the court at sentencing. However, upon review of the presentence report, it was revealed that the defendant has a prior conviction in Sampson County, NC, for Indecent Liberties with a Child (2 counts) in 1995.  In addition, he has a conviction for Failure to Register as a Sex Offender in 2003.  Because of these two prior convictions, and pursuant to the policies of the United States Probation Office, we are requesting the court impose four additional conditions of supervision that will enable our office to more adequately supervise Mr. Brown and to protect the public from him possibly engaging in any type of inappropriate sexual conduct.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant.  The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

2. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

3. The defendant shall have no direct or indirect contact with any person under the age of (18) without prior approval of the probation officer.

4. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2046
Executed On: February 13, 2015

## ORDER OF THE COURT

Considered and ordered this ___20th___ day of ___February___, 2015 and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge